NON-MAGNETIC WATCH CO. OF AMERICA *et al. v.* ASSOCIATION HORLO-
GERE SUISSE OF GENEVA *et al.*

*(Circuit Court, S. D. New York.* February 11, 1891.)

SERVICE OF PROCESS—CORPORATIONS—SETTING ASIDE DECREE.
  Where, at the time the subpœna was served, the bill failed to show jurisdiction
  of defendant corporation, and the marshal's return shows service only on one B.,
  who was separately named as a defendant, a decree *pro confesso* against the cor-
  poration will be set aside.

In Equity.
*Briesen & Knauth*, for complainants.
*John H. Kitchen*, for defendants.

LACOMBE, Circuit Judge.  When the subpœna to appear and answer
was served, the bill of complaint failed to show jurisdiction of the de-
fendant corporation, the Association Horlogere Suisse, and the marshal's
return shows service only upon Louis E. Bornard, who is separately
named as a defendant, and none upon the corporation, as was to be ex-
pected, in view of the fact that, at that time, complainants were expect-
ing to bring it in by service by publication under section 8 of the act of
1875.  Upon the record as it then was, (the bill and marshal's return,)
the corporation was entitled to remain quiescent.  The subsequent
amendment of the complaint, alleging that the defendant corporation
was engaged in business here, did not change the situation.  Whether
the defendant was served or not is not to be determined by the state of
the case as it was when the marshal's return was made.  The decree *pro
confesso* against the Association Horlogere Suisse is therefore vacated.